# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MALCOLM JAMAL NAVERRO

NO. 2024 KW 1307

**MARCH 14, 2025**

---

In Re:    Malcolm Jamal Naverro, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 06-170099.

---

**BEFORE:   THERIOT, HESTER, AND EDWARDS, JJ.**

   **WRIT DENIED.** Relator failed to establish that relief should be granted. See La. Code Crim. P. art. 930.2. Accordingly, the district court did not abuse its discretion in summarily dismissing the application for postconviction relief. If an application for postconviction relief is untimely, it should not be considered on the merits. See **State v. LeBlanc**, 2006-0169 (La. 9/15/06), 937 So.2d 844 (per curiam); see also **State v. Norman**, 2017-0684 (La. App. 1st Cir. 8/4/17), 2017 WL 3326768 (unpublished), writ denied, 2017-1649 (La. 2/23/18), 237 So.3d 516.

                         MRT
                         CHH
                         BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT